JOHN J. O'BRIEN et al., Appellants, *v.* JOSEPH G. BROWN-ING et al., Respondents.

(Argued June 10, 1879 ; decided June 17, 1879.)

Reported below, 11 Hun, 179.

*James Stilkeman* for appellants.

*Malcolm Campbell* for respondents.

AGREE to dismiss appeal without opinion.
All concur, except RAPALLO, J., absent.
Appeal dismissed.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LINUS JONES PECK et al., Appellants.

(Argued June 10, 1879 ; decided June 17, 1879.)

*George C. Greene* for appellants.

*A. Schoonmaker, Jr.,* for respondent.

AGREE to affirm without opinion.
All concur, except RAPALLO, J., absent.
Order affirmed.